UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:11-cr-00013 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| LISA ELLEN HUSKEY | ) | |

## ORDER OF DISMISSAL

Before the Court is the Government's motion for leave to dismiss the criminal indictment against Lisa Ellen Huskey, purusuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Leave of Court is granted, and the criminal indictment in this case is hereby dismissed.

ORDERED this  7th  day of May, 2013.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE